[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 110.]

THE STATE OF OHIO, APPELLEE, *v.* MERRILL, APPELLANT.

[Cite as *State v. Merrill*, 1998-Ohio-557.]

*Court of appeals' judgment affirmed on the authority of State v. Rush.*

(No. 98-441—Submitted August 19, 1998—Decided September 16, 1998.)

CERTIFIED by the Court of Appeals for Wood County, No. WD-96-044.

———————————

*Wendell R. Jones*, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

———————————